1  MARC J. WINTHROP (SBN 63218)
2  ROBERT E. OPERA (SBN 101182)
   WINTHROP COUCHOT
3  PROFESSIONAL CORPORATION
4  660 Newport Center Drive, 4th Floor
   Newport Beach, CA  92660
5  Telephone: (949) 720-4100
6  Facsimile: (949) 720-4111



7  **E-Filing**

   Counsel to Reorganized Debtor/Appellant
8

9  UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA
11 SAN FRANCISCO
12

13 In re:                                      Civil No. CV 05-02137 PJH

14 CONE ENGINEERING CONTRACTORS,               Case No. 02-45803 J11
   INC., a California Corporation,
15
16                                             Chapter 11 Proceeding

17                                             STIPULATION EXTENDING TIME TO
           Reorganized Debtor.                 FILE BRIEFS; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
18                                             THEREON

19

20       This Stipulation is entered into by and between Reorganized Debtor Cone

21 Engineering Contractors, Inc. ("Appellant") and Claimant State Compensation Insurance

22 Fund ("Appellee"), and is made with reference to the following facts and circumstances:

23
24
25
26
27
28

ORIGINAL

#106322 v1 - ConeStipBriefingSchedule

1. On May 4, 2005 the United States Bankruptcy Court for the Northern District of California entered its order denying Appellant's objections to the claims filed by Appellee in Appellant's bankruptcy case ("Order"), and a memorandum in support of the Order entitled "Decision: Debtor's Objections to Amended Claims Nos. 168 and 172 Filed By State Compensation Insurance Fund" (the "Memorandum").

2. On or about May 13, 2005, Appellant filed its Notice of Appeal Re Order Overruling Debtor's Objections To Amended Claims Nos. 168 And 172 Filed By State Compensation Insurance Fund, along with its Statement Of Election Pursuant To 28 U.S.C. Section 158(C) Of The Notice Of Appeal Re Order Overruling Debtor's Objections To Amended Claims Nos. 168 And 172 Filed By State Compensation Insurance Fund.

3. Both Appellant and Appellee have filed their respective Statements of Issues and Designation of Documents to be Included in the Record on Appeal.

4. On June 13, 2005, this Court filed its Notice of Briefing. Pursuant to the Notice of Briefing, Appellant's brief must be filed and served on July 13, 2005, which date triggers the filing date for the Appellee's brief and Appellant's reply brief.

5. Appellant and Appellee are engaged in negotiations to settle the issues raised by the appeal, and, in order to obtain time sufficient to conclude such negotiations, desire to extend, for a period of two weeks, all of the dates associated with the Notice of Briefing.

**NOW THEREFORE,** based upon the foregoing recitals, and for good and valuable consideration, the receipt and sufficiency of which are acknowledged by the parties, and the parties intending to be legally bound hereby, the parties hereby stipulate and agree as follows:

> A. The time within which Appellant must file and serve its brief is extended to and including July 27, 2005.
>
> B. Appellee's brief shall be filed and served twenty (20) days after service of Appellant's brief.

C.  Appellant's reply brief, if any, shall be filed and served ten (10) days after service of Appellee's brief.

D.  No notice or appearance shall be necessary to effectuate the foregoing.

DATED: July 12, 2005

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By: _____
Marc. J. Winthrop
Robert E. Opera
Attorneys for Cone Engineering Contractors, Inc., Appellant

DATED: July 12, 2005

**STATE COMPENSATION INSURANCE FUND**

By: _____
James E. Armstrong
Attorney for State Compensation Insurance Fund, Appellee

**O R D E R**

Based upon the foregoing stipulation of the parties, **IT IS SO ORDERED.**

DATED: July 14, 2005    By: _____
UNITED STATES DISTRICT JUDGE