MARC J. WINTHROP (SBN 63218)
ROBERT E. OPERA (SBN 101182)
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel to Reorganized Debtor/Appellant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>CONE ENGINEERING CONTRACTORS, INC., a California Corporation,<br><br>Reorganized Debtor. | Civil No. CV 05-02137 PJH<br><br>Bankruptcy Case No. 02-45803 J11<br><br>Chapter 11 Proceeding<br><br>**STIPULATION FURTHER EXTENDING TIME TO FILE BRIEFS; [~~PROPOSED~~] ORDER THEREON** |

This Stipulation is entered into by and between Reorganized Debtor Cone Engineering Contractors, Inc. ("Appellant") and Claimant State Compensation Insurance Fund ("Appellee"), and is made with reference to the following facts and circumstances:

1.    On May 4, 2005 the United States Bankruptcy Court for the Northern District of California entered its order denying Appellant's objections to the claims filed by Appellee in Appellant's bankruptcy case ("Order"), and a memorandum in support of the Order entitled "Decision: Debtor's Objections to Amended Claims Nos. 168 and 172 Filed By State Compensation Insurance Fund" (the "Memorandum").

2.    On or about May 13, 2005, Appellant filed its Notice of Appeal Re Order Overruling Debtor's Objections To Amended Claims Nos. 168 And 172 Filed By State Compensation Insurance Fund, along with its Statement Of Election Pursuant To 28 U.S.C. Section 158(C) Of The Notice Of Appeal Re Order Overruling Debtor's Objections To Amended Claims Nos. 168 And 172 Filed By State Compensation Insurance Fund.

3.    Both Appellant and Appellee have filed their respective Statements of Issues and Designation of Documents to be Included in the Record on Appeal.

4.    On June 13, 2005, this Court filed its Notice of Briefing. Pursuant to the Notice of Briefing, Appellant's brief should have been filed and served on July 13, 2005, which date triggers the filing date for the Appellee's brief and Appellant's reply brief.

5.    On July 13, 2005, Appellant filed the Stipulation Extending Time to File Briefs; [Proposed] Order Thereon.

6.    On July 14, 2005, the Court entered the Order on the Stipulation Extending Time to File Briefs (the "First Order"). The First Order granted a two-week extension through and including July 27, 2005.

7.    On August 1, 2005 Appellant filed a second Stipulation Extending Time to File Briefs; [Proposed] Order Thereon (the "Second Stipulation"). On August 1, 2005, the Court entered its Order on the Second Stipulation Extending Time to File Briefs (the "Second Order"). The Second Order granted an extension through and including August 10, 2005.

8.    Appellant and Appellee have been engaged in negotiations to settle the issues raised by the appeal. A settlement has now been reached and, in order to document the settlement, the parties desire to extend, for a period of approximately two weeks, all of the dates associated with the Notice of Briefing.

**NOW THEREFORE,** based upon the foregoing recitals, and for good and valuable consideration, the receipt and sufficiency of which are acknowledged by the parties, and the parties intending to be legally bound hereby, the parties hereby stipulate and agree as follows:

A. The time within which Appellant must file and serve its brief is extended to and including August 25, 2005.

B. Appellee's brief shall be filed and served twenty (20) days after service of Appellant's brief.

C. Appellant's reply brief, if any, shall be filed and served ten (10) days after service of Appellee's brief.

D. No notice or appearance shall be necessary to effectuate the foregoing.

DATED: August 11, 2005                **WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By:  /s/
　　　Robert E. Opera
　　　Attorneys for Cone Engineering Contractors, Inc., Appellant

DATED: August 11, 2005                **STATE COMPENSATION INSURANCE FUND**

By:  /s/
　　　James E. Armstrong
　　　Attorney for State Compensation Insurance Fund, Appellee

<u>O R D E R</u>

Based upon the foregoing stipulation of the parties, **IT IS SO ORDERED.**

DATED: 8/15/05            By: _____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Paul S. Tu, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660, in said County and State.

On August 11, 2005 I served the following document: **STIPULATION EXTENDING TIME TO FILE BRIEFS; ORDER THEREON** on each of the interested parties:

| **Reorganized Debtor**<br>Roger Cone, President<br>**Cone Engineering Contractors, Inc.**<br>4 Crow Canyon Court, Suite 100<br>San Ramon, CA  94583 | Office of the United States Trustee<br>Attention: Andrew Velez-Rivera, Esq.<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5217 |
|---|---|
| **State Compensation Insurance Fund**<br>James E. Armstrong, Esq.<br>1275 Market Street<br>San Francisco, CA  94103 | |

by the following means of service:

| ☒ | **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|---|---|
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation, Robert E. Opera, is a member of the bar of this court. |
| ☒ | **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct. |

Executed on August 11, 2005, at Newport Beach, California.

/s/
**PAUL S. TU**

_____
Initials