**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  CONE ENGINEERING
CONTRACTORS, Inc., a California
Corporation,

        Debtor/Appellant.

_____/

C 05-2137 PJH

**ORDER TO SHOW CAUSE**

      Pursuant to the stipulation and order signed by this court on August 15, 2005, debtor/appellant's opening brief in this bankruptcy appeal was due August 25, 2005. To date, appellant has not filed its brief.

      The court hereby issues an ORDER TO SHOW CAUSE why appellant's appeal should not be dismissed for failure to prosecute pursuant to Federal Rule of Bankruptcy Procedure 8001(a). Appellant shall file and serve a written response to this court's order to show cause within **seven days** of the date of this order, or the appeal may be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge