MARC J. WINTHROP (SBN 63218)
ROBERT E. OPERA (SBN 101182)
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel to Reorganized Debtor/Appellant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>CONE ENGINEERING CONTRACTORS, INC., a California Corporation,<br><br>Reorganized Debtor. | Civil No. CV 05-02137 PJH<br><br>Bankruptcy Case No. 02-45803 J11<br><br>Chapter 11 Proceeding<br><br>**STIPULATION FURTHER EXTENDING TIME TO FILE BRIEFS; [P~~ROPOSED~~] ORDER THEREON** |

    This Stipulation is entered into by and between Reorganized Debtor Cone Engineering Contractors, Inc. ("Appellant") and Claimant State Compensation Insurance Fund ("Appellee"), and is made with reference to the following facts and circumstances:

    1.    On May 4, 2005 the United States Bankruptcy Court for the Northern District of California "(Bankruptcy Court") entered its order denying Appellant's objections to the claims filed by Appellee in Appellant's bankruptcy case ("Order"), and a memorandum in support of the Order entitled "Decision: Debtor's Objections to Amended Claims Nos. 168 and 172 Filed By State Compensation Insurance Fund" (the "Memorandum").

/ / /

2. On or about May 13, 2005, Appellant filed its Notice of Appeal Re Order Overruling Debtor's Objections To Amended Claims Nos. 168 And 172 Filed By State Compensation Insurance Fund, along with its Statement Of Election Pursuant To 28 U.S.C. Section 158(C) Of The Notice Of Appeal Re Order Overruling Debtor's Objections To Amended Claims Nos. 168 And 172 Filed By State Compensation Insurance Fund.

3. Both Appellant and Appellee have filed their respective Statements of Issues and Designation of Documents to be Included in the Record on Appeal.

4. On June 13, 2005, this Court filed its Notice of Briefing. Pursuant to the Notice of Briefing, this Court fixed the dates for the filing of Appellant's brief, which date triggers the filing date for the Appellee's brief and Appellant's reply brief.

5. Appellant and Appellee thereafter filed stipulations extending the time to file briefs with respect to the appeal, and the Court entered orders approving such stipulations.

6. Appellant and Appellee have been engaged in negotiations to settle the issues raised by the appeal. A settlement has now been reached and documented and is in the process of being executed by the parties. In order to have time sufficient to finalize the settlement, and to obtain from the Bankruptcy Court an order approving the settlement, Appellant and Appellee desire to extend, for a period of approximately thirty (30) days from the date of this Stipulation, all of the dates associated with the Notice of Briefing.

7. Upon Appellant's obtaining from the Bankruptcy Court an order approving the settlement negotiated between Appellant and Appellee, Appellant will withdraw its appeal pending before this Court.

**NOW THEREFORE,** based upon the foregoing recitals, and for good and valuable consideration, the receipt and sufficiency of which are acknowledged by the parties, and the parties intending to be legally bound hereby, the parties hereby stipulate and agree as follows:

A. The time within which Appellant must file and serve its brief is extended to and including October 10, 2005.

  B. Appellee's brief shall be filed and served twenty (20) days after service of Appellant's brief.

  C. Appellant's reply brief, if any, shall be filed and served ten (10) days after service of Appellee's brief.

  D. No notice or appearance shall be necessary to effectuate the foregoing.

DATED: September 12, 2005  **WINTHROP COUCHOT**
            **PROFESSIONAL CORPORATION**

            By:  /s/
              Robert E. Opera
             Attorneys for Cone Engineering Contractors,
             Inc., Appellant

DATED: September 13, 2005  **STATE COMPENSATION INSURANCE FUND**

            By:  /s/
              James E. Armstrong
             Attorney for State Compensation Insurance
              Fund, Appellee

## O R D E R

Based upon the foregoing stipulation of the parties, **IT IS SO ORDERED.**

DATED: 9/15/05     By: _____
             UNITED STATES DISTRICT JUDGE

NO FURTHER CONTINUANCES WILL BE GRANTED.

# CERTIFICATE OF SERVICE

I, Paul S. Tu, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660, in said County and State.

On September 13, 2005 I served the following document: **STIPULATION FURTHER EXTENDING TIME TO FILE BRIEFS; [PROPOSED] ORDER THEREON** on each of the interested parties:

| Reorganized Debtor<br>Roger Cone, President<br>Cone Engineering Contractors, Inc.<br>4 Crow Canyon Court, Suite 100<br>San Ramon, CA  94583 | Office of the United States Trustee<br>Attention: Andrew Velez-Rivera, Esq.<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5217 |
|---|---|
| State Compensation Insurance Fund<br>James E. Armstrong, Esq.<br>1275 Market Street<br>San Francisco, CA  94103 | |

by the following means of service:

| ☒ | **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|---|---|
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation, Robert E. Opera, is a member of the bar of this court. |
| ☒ | **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct. |

Executed on September 13, 2005, at Newport Beach, California.

/s/
**PAUL S. TU**

_____
Initials