1  MARC J. WINTHROP (SBN 63218)
   ROBERT E. OPERA (SBN 101182)
2  WINTHROP COUCHOT
3  PROFESSIONAL CORPORATION
   660 Newport Center Drive, 4th Floor
4  Newport Beach, CA  92660
   Telephone: (949) 720-4100
5  Facsimile: (949) 720-4111

6

7  Counsel to Reorganized Debtor/Appellant

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN FRANCISCO**

12

13  In re:                              Civil No. CV 05-02137 PJH

14  CONE ENGINEERING CONTRACTORS,       Bankruptcy Case No. 02-45803 J11
    INC., a California Corporation,
15                                      Chapter 11 Proceeding

16                                      **ORDER APPROVING STIPULATION
                                        DISIMISSING APPEAL OF**
17         Reorganized Debtor.          **BANKRUPTCY COURT ORDER
                                        ENTERED ON MAY 4, 2005**
18

19

20       The Court, having read and considered the Stipulation Dismissing Appeal of Bankruptcy

21  Court Order entered on May 4, 2005 ("Stipulation"), and good cause appearing therefor,

22       **IT IS HEREBY ORDERED** that the Stipulation is approved, and, accordingly, Appellant's

23  appeal, referenced hereinabove, is hereby dismissed.

24
                  November 16, 2005
25  DATED: _____   By: _____

26                                      UNITED STATES DISTRICT JUDGE

27

28

## CERTIFICATE OF SERVICE

I, Paul S. Tu, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660, in said County and State.

On **November 15, 2005,** I served the following document:  **ORDER APPROVING STIPULATION DISIMISSING APPEAL OF BANKRUPTCY COURT ORDER ENTERED ON MAY 4, 2005** on each of the interested parties:

| | |
|---|---|
| Reorganized Debtor<br>Roger Cone, President<br>Cone Engineering Contractors, Inc.<br>4 Crow Canyon Court, Suite 100<br>San Ramon, CA  94583 | Office of the United States Trustee<br>Attention: Andrew Velez-Rivera, Esq.<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5217 |
| State Compensation Insurance Fund<br>James E. Armstrong, Esq.<br>1275 Market Street<br>San Francisco, CA  94103 | |

by the following means of service:

| | |
|---|---|
| ☒ | **BY MAIL**:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation, Robert E. Opera, is a member of the bar of this court. |
| ☒ | **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on **November 15, 2005,** at Newport Beach, California.

/s/_____
**PAUL S. TU**

_____
Initials